HARRY LOMAZOW, Doing Business as the STANDARD BAG AND BURLAP COMPANY, Appellant, v. KNICKERBOCKER BAG COMPANY, INC., Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

PERRY B. NEWTON, Respondent, v. UVALDE CONTRACTING COMPANY and THE CITY OF NEW YORK, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

MARY SCHLEGEL and BARBARA SCHLEGEL DRESSEL, Appellants, v. CHARLES E. McDONNELL and Others, Respondents.— Judgment affirmed, without costs. No opinion. Jenks, P. J., Mills, Putnam and Blackmar, JJ., concur; Kelly, J., not voting.

STANHOPE CONTRACTING COMPANY, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. We agree with the learned justice at Special Term that the evidence does not justify plaintiff's claim of unreasonable or arbitrary action by the defendant's engineer under the provisions of the contract, or that the engineer acted in bad faith, and that plaintiff failed to show any breach of the contract by defendant. Present — Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

ROBERT P. TUCKER, Respondent, v. INVESTMENT CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

CHRIS VASILIOW, Trading under the Name of VASILIOW BROTHERS, Respondent, v. VALVONA-MARCHIONY COMPANY, INC., Appellant.— — Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

WILLIAM ZINKE and DIEDRICH RUNGE, Copartners, etc., Respondents, v. JOHN C. HIPKINS, Appellant, and Another, Defendant.— Appeal dismissed, without costs. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.